# CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL
## TO THE COURT OF APPEALS

APPELLATE NO.

TRIAL COURT NO. 30989

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/11/2015 3:06:05 PM
CATHY S. LUSK
Clerk

THE STATE OF TEXAS     *     IN THE DISTRICT COURT OF

VS.     *     ANDERSON COUNTY, TEXAS

SHENETHA KING     *     3RD JUDICIAL DISTRICT

**The records in my office reflect the following information in this case:**

CASE TYPE: THEFT PROP >=$1,500<$20K

JUDGMENT OR APPEALABLE ORDER SIGNED: 05.01.2015

MOTION FOR NEW TRIAL FILED: 05.27.2015

NOTICE OF APPEAL FILED: 05.27.2015

REQUEST FOR FINDINGS OF FACT: N/A

DATE REQUEST FOR REPORTER'S RECORD FILED: N/A

PRESIDING TRIAL COURT JUDGE: MARK CALHOON

TRIAL COURT REPORTER(S): BRANDI RAY

WAS APPELLANT DECCLARED INDIGENT?     YES: X     NO:

APPELLANT'S COUNSEL IS:    RETAINED:     APPOINTED: X    PRO SE:

APPELLANT'S     ATTORNEY: W. SCOTT NICHOLSON
             ADDRESS: 901 N. PERRY
                          P.O. BOX 1811
                          PALESTINE, TEXAS 75802
             TELEPHONE: 903-729-5400
             FAX:          903-729-4255
             EMAIL:      PalestineLawyer@aol,com
             STATE BAR CARD NO.: 00794372

APPELLEE'S      ATTORNEY:  ALLYSON MITCHELL, Dist. Atty.
                  ADDRESS:    500 N. Church St. Room 38
                             PALESTINE, TEXAS 75801
                  TELEPHONE: 903-723-7400
                  EMAIL: amitchelle@co.anderson.tx.us
                  STATE BAR CARD NO.: 24026884

DATED THIS 11TH DAY OF JUNE, 2015.

                  JANICE STAPLES
                  DISTRICT CLERK

                  BY: _____
                        DEPUTY - Becky Brewster

(Complete in duplicate -- Original to 12th Court Of Appeals/Trial Court
          1517 W. Front St., Ste. 354, Tyler, TX 75702)

***PLEASE ATTACHED A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO
THIS FORM. PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION
IS COMPLETE. THANK YOU.**



CASE No. 30989
INCIDENT No./TRN: 9213666217

FILED FOR RECORD
At 3:00 o'clock PM

MAY 0 1 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep

| | | | |
|---|---|---|---|
| THE STATE OF TEXAS | § | IN THE 3RD DISTRICT | |
| | § | | |
| V. | § | COURT | |
| | § | | |
| SHENETHA YVETTE KING | § | ANDERSON COUNTY, TEXAS | |
| | § | | |
| STATE ID NO.: TX05546820 | § | | |

# JUDGMENT REVOKING COMMUNITY SUPERVISION

| | | |
|---|---|---|
| Judge Presiding: HON.MARK CALHOON | Date Judgment Entered: | 5-1-15 |
| Attorney for State: **Allyson Mitchell** | Attorney for Defendant: | **Scott Nicholson** |

Date of Original Community Supervision Order:
**1-28-13**

Statute for Offense:
**31.03(E)(4)(A) PCPenal Code**

Offense for which Defendant Convicted:
**THEFT PROP>=$1,500<$20K**

Date of Offense:
**11/18/2010**

| Degree of Offense: | Plea to Motion to Revoke: | Findings on Deadly Weapon: |
|---|---|---|
| **STATE JAIL FELONY** | **Paragraph 4,6: TRUE** **Paragraph 21,22: NOT TRUE** | **N/A** |

Original Punishment Assessed:
**24 Months Probated 5 Years Community Supervision**

Shock Community Supervision:
**N/A YEARS   PROBATED          YEARS FINE: $ N/A**

| Date Sentence Imposed: **5-1-15** | Date Sentence to Commence: **5-1-15** |
|---|---|

Punishment and Place of Confinement: **2 YEARS STATE JAIL DIVISION, TDCJ**

### THIS SENTENCE SHALL RUN CONCURRENTLY.

| Fine: $ N/A | Court Costs: $ 395 | Restitution: $ N/A | Restitution Payable to: ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |
|---|---|---|---|

### IS ORIGINAL JUDGMENT / SENTENCE REFORMED? NO

☐ In accordance with Section 12.44(a) Penal Code, the Court finds that the ends of justice would best be served by punishment as a Class A misdemeanor. Defendant is adjudged to be guilty of a state jail felony and is assessed punishment indicated above.

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| | From **5-30-12** to **1-28-13**   From **3-9-15** to **5-1-15**   From   to |
| | From   to   From   to   From   to |

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

**N/A DAYS     NOTES: N/A**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called in **Anderson** County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

The State filed a motion to revoke Defendant's community supervision. After hearing the State's motion, Defendant's plea, the evidence submitted, and reviewing the record, the Court **GRANTS** the State's motion. The Court's record indicates that Defendant

was previously convicted of a felony offense and punishment was assessed as indicated above. The record indicates the Court ordered imposition of Defendant's sentence of confinement suspended and placed Defendant on community supervision for **YEARS**.

The Court **FINDS** Defendant has violated the conditions of community supervision as set out in the State's **ORIGINAL** Motion to Revoke Community Supervision as follows:

4,6

Accordingly, the Court **ORDERS** the previous orders in this cause suspending imposition of sentence of confinement and placing Defendant on community supervision **REVOKED. (select one of the following)**

☒ The Court **ORDERS** Defendant punished in accordance with the judgment and sentence originally entered in this cause.

☐ Finding it to be in the interest of justice, the Court **ORDERS** Defendant punished in accordance with the reformed judgment and sentence indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the . The Court **ORDERS** Defendant to be confined for the period and in the manner indicated above. The Court **ORDERS** Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court **ORDERS** that upon release from confinement, Defendant proceed immediately to the Anderson County District Clerk. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant immediately committed to the custody of the Sheriff of **Anderson** County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Anderson** County Jail for the period indicated above. The Court **ORDERS** that upon release from confinement, Defendant shall proceed immediately to the . Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY**. The Court **ORDERS** Defendant to proceed immediately to the Office of the County . Once there, the Court **ORDERS** Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

The Court **ORDERS** Defendant's sentence **EXECUTED**.

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated.

The Court further **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

### Furthermore, the following special findings or orders apply:

Reimburse County for Court Appointed Attorney Fees. Run CC with Cause # 30988.

**Signed and entered on 5-1-15**

X _____

Mark Calhoon_
JUDGE PRESIDING

Clerk: _Jereda Coter_

5-1-15

Right Thumbprint

shenetha yvette king
5-1-15

FILED FOR RECORD

At_____o'clock____

MAY 2 7 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____Dep.

NO. 30989

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 3RD JUDICIAL DISTRICT |
| | § | |
| SHENETHA KING | § | ANDERSON COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Shenetha King, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Shenetha King.

Respectfully submitted,

W SCOTT NICHOLSON
901 N. Perry
P.O. Box 1811
Palestine, TX 75802
Tel: 903-729-5400
Fax:903-729-4255

By:_____
W. Scott Nicholson
State Bar No. 00794372
PalestineLawyer@aol.com
Attorney for Shenetha King

## CERTIFICATE OF SERVICE

This is to certify that on May 27, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, 500 N. Church Street, Palestine, Texas 75801, by hand delivery.

W. Scott Nicholson